FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 DEC 29 AM 7:27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| LIQUITA D. HASSELL, | X | |
| | X | |
| Plaintiff, | X | |
| | X | |
| vs. | X | No. 05-2929-D/V |
| | X | |
| THE JUSTICE NETWORK, | X | |
| | X | |
| Defendant. | X | |

## ORDER TO EFFECT SERVICE OF PROCESS

Plaintiff, LiQuita D. Hassell, filed this pro se complaint under Title VII, 42 U.S.C. § 2000e, against The Justice Network and paid the filing fee.

Within thirty (30) days of the date of entry of this order, the plaintiff shall personally appear at the Clerk's office and, upon presenting a copy of this order, the Clerk shall provide plaintiff two (2) blank, unsigned summonses. Pursuant to Fed. R. Civ. P. 4(b), the plaintiff is responsible for properly filling out the summonses and presenting them to the Clerk for signature and seal. If the summonses are in proper form, the Clerk shall sign, seal, and issue them to the plaintiff for service on the defendant. The plaintiff is responsible for ensuring that service is effected pursuant to Rule 4(h) of the Federal Rules of Civil Procedure.[1]

---

[1] Plaintiff must comply completely with Rule 4, which requires, in part: "Service may be effected by any person who is not a party and who is at least 18 years of age."

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

It is ORDERED that the plaintiff shall serve a copy of every further document filed in this cause on the attorney for the defendant, or on the defendant if it has no attorney. The plaintiff shall make a certificate of service on every document filed. The plaintiff shall familiarize herself with the Federal Rules of Civil Procedure and the local rules of this Court.

The plaintiff shall promptly notify the Clerk of any change of address or whereabouts. Failure to comply with these requirements, or any other order of the Court, may result in this case being dismissed without further notice.

The plaintiff is advised that the time limit set forth in Fed. R. Civ. P. 4(m) shall commence running on the date of entry of this order.

IT IS SO ORDERED this _28_ day of December, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02929 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

LiQuita D. Hassell
P.O. Box 371
Coldwater, MS 38618

Honorable Bernice Donald
US DISTRICT COURT